JEFFER, MANGELS, BUTLER & MARMARO LLP
ROD S. BERMAN (Bar No. 105444)
rberman@jmbm.com
BRIAN W. KASELL (Bar No. 143776)
bkasell@jmbm.com
JESSICA C. BROMALL (Bar No. 235017)
jbromall@jmbm.com
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Attorneys for Plaintiff:
PREMIUM DENIM, LLC d/b/a
PAIGE PREMIUM DENIM

JS-6
FILED
CLERK, U.S. DISTRICT COURT
MAR 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PREMIUM DENIM, LLC d/b/a PAIGE PREMIUM DENIM, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TRACTOR INTERNATIONAL CORP. a New York corporation; LORD & TAYLOR LLC, a Delaware limited liability company; FRANTIC, LLC, a New York limited liability company; and DOES 1 - 10,<br><br>Defendants. | CASE NO. CV 07-6116 AHM (VBKx)<br>**STIPULATED CONSENT JUDGMENT AGAINST DEFENDANT TRACTOR INTERNATIONAL CORP.**<br><br>Hon. A. Howard Matz |

Plaintiff Premium Denim, LLC d/b/a Paige Premium Denim ("Plaintiff" or "Premium") and defendant Tractor International Corp. ("Tractor"), consenting to personal jurisdiction, subject matter jurisdiction, and venue in this District Court, and pursuant to the Stipulation for Entry of Consent Judgment and Permanent Injunction

EXHIBIT 1 PAGE 2

filed in this action, hereby stipulate and consent to the entry of the following Consent Judgment and Permanent Injunction ("Consent Judgment") against Tractor.

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. This Court has jurisdiction over the subject matter of this action and the parties thereto.

2. Tractor and its officers, directors, agents, servants, employees, shareholders, successors and attorneys, and all those persons in active concert or participation with them who receive actual notice of this Consent Judgment by personal service or otherwise, are hereby enjoined and restrained from:

　　a. infringing Plaintiff's copyright in the Las Palmas Design, namely, United States Copyright Registration No. VA 1-394-271, including, without limitation, reproducing, distributing, or publicly displaying the copyrighted design in any manner, including, without limitation, on or in connection with: (i) Tractor's "Elizabeth" style products; (ii) Tractor's T2PP06-AE or T2PP06-V7 styles; (iii) any apparel products; (iv) any marketing, advertising or promotional materials; or (v) any website controlled, directly or indirectly, by Tractor. Attached hereto as Exhibits A-C, respectively, are true and correct copies of: United States Copyright Registration No. VA 1-394-271; Plaintiff's Las Palmas Design; and the design appearing on Tractor's Elizabeth style products;

　　b. infringing Plaintiff's copyright in the Las Flores Design, including, without limitation, reproducing, distributing, or publicly displaying the copyrighted design in any manner, including, without limitation, on or in connection with: (i) Tractor's "Victoria" style products; (i) Tractor's T2PP03-V4 style; (iii) any apparel products; (iv) any marketing, advertising or promotional materials; or (v) on any website controlled, directly or indirectly, by Tractor. Attached hereto as Exhibits D-F, respectively, are true and correct copies of: Plaintiff's United States application for registration of its Las Flores Design; Plaintiff's Las Flores; and the design appearing on Tractor's Victoria style products;

EXHIBIT 1 PAGE 3

   c. using either the Las Palmas or the Las Flores Design, or any designs that are substantially similar to either the Las Palmas or Las Flores Design, in connection with any goods or services;

   d. using any false designation of origin or any false or misleading description of fact, including use of either the Las Palmas or the Las Flores Design, or any designs substantially similar to either the Las Palmas or Las Flores Design, that can, or is likely to, lead the consuming public or individual members thereof to believe that any goods or services produced, promoted or provided by Tractor are in any way associated or connected with Plaintiff, or are licensed, approved or authorized in any way by Plaintiff;

   e. using any design in connection with any goods or services that can, or is likely to, dilute the distinctive nature of Plaintiff's trade dress in either its Las Palmas or Las Flores Design, or deprive that trade dress of its exclusive capacity to identify and distinguish Plaintiff; and

   f. seeking, acquiring, or maintaining any federal or state trademark or copyright registrations for either the Las Palmas or the Las Flores Design, or any design confusingly similar to either the Las Palmas or Las Flores Design.

3. Tractor shall, within forty-five (45) days of the entry of this Consent Judgment, file with the Court and serve on counsel for Plaintiff a report stating the manner in which Tractor has complied with this Consent Judgment.

4. Tractor shall take all reasonable steps to ensure that its officers, directors, agents, servants, employees, shareholders, successors and attorneys do not violate the terms of this Consent Judgment. Tractor shall not assist any entity, directly or indirectly, in violating the terms of this Consent Judgment or forming any new entities which violate the terms of this Consent Judgment.

5. This Court shall retain jurisdiction over the parties hereto for the purposes of any proceeding to enforce this Consent Judgment or the Settlement Agreement entered into by the parties hereto. In the event Tractor, or any of its

EXHIBIT 1 PAGE 2

1  officers, directors, agents, servants, employees, shareholders, successors and
2  attorneys, and all those persons in active concert or participation with them who
3  receive actual notice of this Consent Judgment by personal service or otherwise
4  violate any of the terms of this Consent Judgment Plaintiff shall be entitled to
5  immediately seek, with or without notice to Tractor, an order to show cause as to why
6  an injunction should not issue to prohibit such violation. In the event the Court finds
7  that any violation by Tractor of the terms of this Consent Judgment has taken place,
8  Plaintiff shall be entitled to its actual attorneys' fees and costs incurred.
9     6.   Notwithstanding any contrary provisions of the Federal Rules of Civil
10 Procedure, and notwithstanding the absence of any findings of fact and/or
11 conclusions of law by this Court, any requirements for which have been expressly
12 waived by Plaintiff and Tractor, this Consent Judgment is a final judgment in this
13 action and suitable for entry by the Clerk pursuant to Fed. R. Civ. Proc. 58 and 79(a).
14 All rights to appeal this final judgment, on any basis, have been expressly waived by
15 Tractor.

**IT IS SO ORDERED.**

Dated: March 17, 2008

_____
HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT COURT

EXHIBIT 1 PAGE 5

5195488v1

- 3 -